Case 1:25-mj-00224-ZMF    Document 1-1

Case: 1:25-mj-00224
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/18/2025
Description: COMPLAINT W/ARREST WARRANT

## **STATEMENT OF FACTS**

This affidavit is submitted for the limited purpose of establishing probable cause and does not contain all facts known to me or to other investigators involved in this matter. Because I was not present at the scene of the defendant's arrest, the information contained herein is based on my investigation, which included reviewing reports, speaking with other investigators, and examining body-worn camera footage from investigators with personal knowledge of the events described.

On September 17, 2025, at approximately 5:56 p.m., members of the Metro Transit Police Department ("MTPD") were on patrol near 894 Howard Rd SE, Washington, D.C. Around this time, MTPD Officers observed a black male wearing a red sweatshirt, black pants, and black shoes ("S1"), and another black male wearing a black sweatshirt, white shirt, and black pants ("S2"), passing a marijuana cigarette back and forth in the Anacostia Metro Station Parking Garage. The officers observed this activity for several minutes and could clearly smell the odor of marijuana.

Law enforcement approached the individuals, which prompted S2 to flee. MTPD Officer Nicholas Dorsey then patted down S1. During this time, S1 spontaneously stated that he "had a license to carry," and directed the officer to his left side. The officer then recovered a firearm from S1's inner left leg.

Officer Dorsey then asked S1 if he had any identification and later determined that S1 was Jonathan McCrimmon ("MCCRIMMON") (DOB: XX/XX/XXXX). Based on this information, law enforcement observed that MCCRIMMON had an outstanding warrant out of Prince George's County, Maryland, for Second Degree Assault (warrant # D252074432). Law enforcement was also unable to find any type of documentation confirming that MCCRIMMON was licensed to carry a firearm in the District of Columbia. MCRIMMON was then placed under arrest as a fugitive from justice.

Your affiant and other members of law enforcement conducted a post-arrest interview with MCCRIMMON.

During the interview, MCCRIMMON stated that he: (i) was publicly consuming marijuana at the Anacostia Metro Station's parking garage immediately before being contacted by law enforcement; (ii) is a convicted felon and understands that he is prohibited from possessing firearms and ammunition; and (iii) possessed and carried the loaded firearm that officers recovered from his waistband during his arrest.

The recovered firearm was a white and silver Armi Galesi, .25 caliber, pistol, with the serial number 455648. The firearm was loaded with one round of .25 caliber ammunition in the chamber.



*Figure 1: Recovered Firearm*

MCCRIMMON was previously convicted of a crime punishable by more than one year imprisonment. Specifically, in Prince George's County, Maryland, (Case No. CT160166X) MCCRIMMON was convicted of Burglary in the Second Degree and was sentenced to: (i) fifteen years of imprisonment (fourteen years, seven months, and two days being suspended); and (ii) five years of probation. Thus, MCCRIMMON was aware at the time of this offense that he had been convicted of an offense punishable by a term of imprisonment greater than a year.

Finally, no firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

Respectfully Submitted,



Detective Brandon Twentymon
Task Force Officer, Badge # TFO7765
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 18, 2025.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE