IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 25-mj-224-ZMF |
| JONATHAN MCCRIMMON | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

The Defendant, Jonathan McCrimmon, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Preliminary Hearing. In support of this Motion, counsel states as follows.

1. On September 18, 2025, the Government filed a Criminal Complaint charging Mr. McCrimmon with unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1). That same day, Mr. McCrimmon made his initial appearance before this Court. A preliminary hearing is scheduled for October 20, 2025 at 9:30 a.m. At this time, Mr. McCrimmon respectfully requests that the Court continue the preliminary hearing by approximately 30 days.

2. The parties are engaged in discussions concerning a pre-indictment resolution in this matter. The parties require additional time to continue those

discussions, and the undersigned requires additional time to counsel Mr. McCrimmon with respect to his options for further proceedings.

3. This Motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Joshua Satter, who has indicated that the Government does not oppose the requested continuance.

4. Mr. McCrimmon consents to tolling time under the Speedy Trial Act through the new date selected for the preliminary hearing.

5. For these reasons, Mr. McCrimmon respectfully requests that this Honorable Court continue the preliminary hearing in this matter by approximately 30 days.

                                          Respectfully submitted,

                                          /s/
                                        _____
                                        Michael E. Lawlor
                                        Brennan, McKenna & Lawlor, Chtd.
                                        6305 Ivy Lane, Suite 700
                                        Greenbelt, Maryland 20770
                                        301.474.0044
                                        mlawlor@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor